# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED MAY 19, 2021

---

### NO. 03-20-00056-CV

---

**Rigan Naun Espinoza Valle and SEL Electric, Inc., Appellants**

**v.**

**Hertz Electric, LLC; Philadelphia Indemnity Insurance Company; La Madrid Apartments, LLC; Joel Dennie; and Great American Insurance Company, Appellees**

---

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND KELLY
AFFIRMED -- OPINION BY JUSTICE BAKER**

---

This is an appeal from the judgment signed by the trial court on December 26, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.